IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 13-30466 |
| IMPERIAL PETROLEUM RECOVERY | § | |
| CORPORATION | § | Involuntary Chapter 7 |
| | § | |
| Debtor | § | |

## RESPONSE TO INVOLUNTARY PETITION

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**IMPERIAL PETROLEUM RECOVERY CORPORATION** ("Debtor") hereby files this Response to the Involuntary Chapter 7 Bankruptcy Petition filed against it on January 31, 2013, and in support would show the following:

1. Debtor denies the allegations that Petitioners are eligible pursuant to 11 U.S.C. § 303(b) to file the involuntary petition. Any claims of alleged petitioning creditors that are not contingent or disputed would appear to be fully secured according to their claims in the state court.

2. Debtor admits that it is an entity against whom an order for relief may be entered under title 11 of the United States Code.

3. Debtor denies that it is generally not paying its debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount.

4. Debtor asserts that the alleged claims of petitioning creditors are, all and each of them, the subject of bona fide disputes as to liability and amount. Alternatively, all such claims should be deemed contingent; and, appear to be fully secured. Most or all such claims of petitioning creditors are subject to a multitude of defenses and counterclaims.

5. Debtor reserves the right to amend and specifically plead additional matters, as well

1

as to seek to seek sanctions, including punitive damages pursuant to 11 U.S.C. § 303(i). Under the circumstances, Debtor believes that this involuntary petition has been filed in bad faith.

Wherefore, Debtor, Imperial Petroleum Recovery Corporation, preys that the involuntary petition be dismissed, and for such further relief as the Court deems just.

Date:  March 12, 2013

/s/ Leonard H. Simon

Leonard H. Simon, Esq.
TBN: 18387400; SDOT No. 8200

THE RIVIANA BUILDING
2777 Allen Parkway, Suite 800
Houston, Texas 77019

Telephone No.   (713) 528-8555
Telecopy No.    (832) 202-2810
Email: lsimon@pendergraftsimon.com

*Attorneys for Involuntary Debtor*
*Imperial Petroleum Recovery Corporation*

OF COUNSEL:
**PENDERGRAFT & SIMON, LLP**
THE RIVIANA BUILDING
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Telephone No.   (713) 528-8555
Telecopy No.    (832) 202-2810

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served on <u>March 12, 2013</u>, by the CM/ECF system to all parties receiving electronic notice in this case and the each person and/or entity of the attached service list by U.S. First Class Mail, postage prepaid.

*/s/ Leonard H. Simon*

```
Label Matrix for local noticing          Imperial Petroleum Recovery Corporation     K.K. & P. K. Family, L.P.
0541-4                                   61. S.Concord Forest Circle                 P.O. Box 8397
Case 13-30466                            The Woodlands, TX 77381-6605                The Woodlands, TX 77387-8397
Southern District of Texas
Houston
Sun Mar 10 15:58:38 CDT 2013

4                                        US Trustee                                  Barry D. Winston
United States Bankruptcy Court           Office of the US Trustee                    1140 Cypress Station #306
PO Box 61010                             515 Rusk Ave                                Houston, TX 77090-3015
Houston, TX 77208-1010                   Ste 3516
                                         Houston, TX 77002-2604


Don B. Carmichael                        Gary Emmott
18223 Theiss Mail Route                  5380 W. 34th Street, No. 172
Spring, TX 77379-6117                    Houston, TX 77092-6626
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Barry D. Winston1140 Cypress Station #3   (u)Don B. Carmichael1822 Theiss Mail RouteSpr   (u)Gary Emmott5380 W. 34th StreetNo. 172Houst




(u)K.K. & P.K. Family, L.P.P.O. Box 8397The W   (u)Mary Jane Carmichael1822 Theiss Mail Route   End of Label Matrix
                                                                                              Mailable recipients      7
                                                                                              Bypassed recipients      5
                                                                                              Total                   12
```