B6A (Official Form 6A) (12/07)

In re  **Imperial Petroleum Recovery Corporation**　　　　　　　　　Case No. **13-30466**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| None | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total:　　$0.00
　　　　　　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Imperial Petroleum Recovery Corporation**                                 Case No. **13-30466**
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JPMorgan Chase Bank, NA<br>Business Select Checking # 3229<br><br>JPMorgan Chase Bank, NA<br>Chase Business Select High Yield Savings # 9538<br><br>Wells Fargo<br>Business Checking # 4358<br><br>Wells Fargo<br>Business Savings # 4951 | $15,330.29<br><br>$73.13<br><br>$86.00<br><br>$200.02 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Imperial Petroleum Recovery Corporation**  Case No. **13-30466**
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Agribiofuels, LLC (IPRC owns 20%) ID# 04-38093741 | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Imperial Petroleum Recovery Corporation**  Case No. **13-30466**
(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims for fraud, breach of fiduciary duty and tortious interference, tax credits, etc., as set forth in Cause No. 12-01-01136-CV; Impertiel Petroleum Recovery Corporation, et al v. Don Carmichael, M.D., et al. (This case is pending and the claims are unliquidated. The value is an estimate and subject to change.) | $450,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Microwave-Enhanced Process to Treat Frac Water<br>Patent Application # 61/577,334<br>*Provisional Patent Submitted 12/19/2011 | Unknown |
| | | Microwave-Enhanced Process to Maximize Biodiesel Production Capacity<br>Patent Application # 11/340,137 | Unknown |
| | | Microwave-Enhanced Process to Treat Marine Emulsion Wastes<br>Patent Application # 11/489,919 | Unknown |
| | | Radio Frequency Microwave Energy Apparatus and Method to Break Oil and Water Emulsions | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Imperial Petroleum Recovery Corporation**   Case No. **13-30466**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Patent # 5914014<br><br>Radio Frequency Microwave Energy Method to Break Oil and Water Emulsions<br>Patent # 6077400<br><br>Radio Frequency Microwave Energy Applicator Apparatus to Break Oil and Water Emulsions<br>Patent # 6086830 | Unknown<br><br><br><br>Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 18-Wheeler Trailer<br>(14 years old; located at 7410 Miller Rd., #2, Houston, TX 77049; used for storage (but now empty); salvage value only) | $5,000.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | HP Laptop Computer G65 | $250.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | MST1000 Unit<br>(12 years old; located at 7410 Miller Rd., #2, Houston, TX | $3,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Imperial Petroleum Recovery Corporation**　　　　　　Case No. **13-30466**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 77049; used for demonstration purposes (not fit for sale); salvage value only) | | |
| | | MST Shipping Container (8 years old; located at 7410 Miller Rd., #2, Houston, TX 77049; salvage value only) | | $5,000.00 |
| | | Spare Skid for Fabricating MST Units (12 years old; located at 7410 Miller Rd., #2, Houston, TX 77049; salvage value only) | | $600.00 |
| | | Spare Parts for MST Operation (pumps, motors, etc.; located at 7410 Miller Rd., #2, Houston, TX 77049; salvage value only) | | $180.77 |
| | | Generator (8 years old; located at 7410 Miller Rd., #2, Houston, TX 77049; not in use; salvage value only) | | $2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　**4** continuation sheets attached　　**Total >**　　**$481,720.21**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Imperial Petroleum Recovery Corporation**  Case No. **13-30466**
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. § 522(b)(2)
- ☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.  $0.00  $0.00

B6D (Official Form 6D) (12/07)

In re **Imperial Petroleum Recovery Corporation**          Case No. **13-30466**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Barry Winston, MD<br>23 Pebble Cover<br>The Woodlands, TX 77381 | | DATE INCURRED: 7/24/2007<br>NATURE OF LIEN:<br>Security Agreement<br>COLLATERAL:<br>All property, both tangible and intangible<br>REMARKS:<br><br>VALUE: unknown | | | | $100,000.00 | unknown |
| ACCT #:<br>Don Carmichael, MD<br>18223 Theiss Mail Route<br>Spring, TX 77379 | | DATE INCURRED: 6/1/2005<br>NATURE OF LIEN:<br>Security Agreement<br>COLLATERAL:<br>All property, both tangible and intangible<br>REMARKS:<br><br>VALUE: unknown | | | | $1,400,000.00 | unknown |
| ACCT #:<br>Gary G. Emmott<br>1114 Nantucket, Unit E<br>Houston, TX 77057 | | DATE INCURRED: 7/24/2007<br>NATURE OF LIEN:<br>Security Agreement<br>COLLATERAL:<br>All property, both tangible and intangible<br>REMARKS:<br><br>VALUE: unknown | | | | $25,000.00 | unknown |
| ACCT #:<br>K.K. & P.K. Kanady Family LP<br>38 S. Windsail Pl<br>The Woodlands, TX 77381 | | DATE INCURRED: 6/1/2005<br>NATURE OF LIEN:<br>Security Agreement<br>COLLATERAL:<br>All property, both tangible and intangible<br>REMARKS:<br><br>VALUE: unknown | | | | $200,000.00 | unknown |
| | | Subtotal (Total of this Page) > | | | | $1,725,000.00 | |
| | | Total (Use only on last page) > | | | | | |

____1____ continuation sheets attached

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Imperial Petroleum Recovery Corporation**        Case No. **13-30466**
                                                                                       (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Mary Jane Carmichael**<br>**18223 Theiss Mail Route**<br>**Spring, TX 77379** | | DATE INCURRED: **6/1/2005**<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**All property, both tangible and intangible**<br>REMARKS:<br><br>VALUE: unknown | | | | $200,000.00 | unknown |
| ACCT #:<br>**Rex Lewis**<br>**2325 A Renaissance Dr.**<br>**Las Vegas, NV 89119** | | DATE INCURRED: **7/24/2007**<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**All property, both tangible and intangible**<br>REMARKS:<br><br>VALUE: unknown | | | | $200,000.00 | unknown |

Sheet no. **1** of **1** continuation sheets attached     Subtotal (Total of this Page) >    $400,000.00    unknown
to Schedule of Creditors Holding Secured Claims        Total (Use only on last page) >    $2,125,000.00

                                                                                                         (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Imperial Petroleum Recovery Corporation**    Case No. __13-30466__
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____1____ continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Imperial Petroleum Recovery Corporation**   Case No. **13-30466**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
| --- | --- |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #:<br>Alan B. Springer<br>61 S. Concord Forest Circle<br>The Woodlands, TX 77381 | | DATE INCURRED: 2008-2013<br>CONSIDERATION:<br>Wages, Salaries, and Commissions<br>REMARKS: | | | | $1,234,139.60 | $10,000.00 | $1,224,139.60 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) > $1,234,139.60 | $10,000.00 | $1,224,139.60

Total > $1,234,139.60
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals > | $10,000.00 | $1,224,139.60
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re **Imperial Petroleum Recovery Corporation**               Case No. **13-30466**
                                                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Akin Gump**<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002 | | DATE INCURRED: pre-2007<br>CONSIDERATION: Services Rendered<br>REMARKS: | | | X | $13,487.00 |
| ACCT #:<br>**Alan B. Springer**<br>61 S. Concord Forest Circle<br>The Woodlands, TX 77381 | | DATE INCURRED: 2008-2013<br>CONSIDERATION: Wages, Salaries, Commissions<br>REMARKS: Unsecured portion of wages, salaries, commissions | | | | $1,224,139.60 |
| ACCT #:<br>**Aldine ISD**<br>14910 Aldine-Westfield Rd.<br>Houston, TX 77032 | | DATE INCURRED: 2006<br>CONSIDERATION: Taxes<br>REMARKS: Related to old address (1970 Starpoint Dr.) | | | X | $23,659.35 |
| ACCT #:<br>**Applied Control Engineering (ACE)**<br>6650 West Sam Houston Parkway North<br>Suite 430<br>Houston, TX 77041 | | DATE INCURRED:<br>CONSIDERATION: Services Rendered<br>REMARKS: | | | X | $76,003.33 |
| ACCT #: xxx9754<br>**Applied Microwave Tech Amtek, Inc.**<br>4115 Thomas Drive SW<br>Cedar Rapids, IA 52404 | | DATE INCURRED: 2011-2012<br>CONSIDERATION: Vendor<br>REMARKS: | | | | $18,260.71 |
| ACCT #:<br>**Eric Yollick**<br>6110 FM 1488 Rd.<br>Magnolia, TX 77354 | | DATE INCURRED: 12-2012 to 2013<br>CONSIDERATION: Legal Services<br>REMARKS: | | | | $4,612.64 |

Subtotal > $1,360,162.63

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

____2____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Imperial Petroleum Recovery Corporation**     Case No. **13-30466**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Ferrite<br>c/o Applied Microwave Tech Amtek, Inc.<br>4115 Thomas Drive SW<br>Cedar Rapids, IA 52404 | | DATE INCURRED: pre-2007<br>CONSIDERATION:<br>Services Rendered<br>REMARKS: | | X | | $1,227.00 |
| ACCT #:<br>Grantt Accounting Firm<br>Address Unknown | | DATE INCURRED: pre-2007<br>CONSIDERATION:<br>Services Rendered<br>REMARKS: | | X | | $36,045.00 |
| ACCT #:<br>Greens Parkway MUD<br>c/o Perdue, Brandon, Fielder, et al<br>1235 N. Loop West, #600<br>Houston, TX 77008 | | DATE INCURRED: 2006<br>CONSIDERATION:<br>Taxes<br>REMARKS:<br>Related to old address (1970 Starpoint Dr.) | | X | | $9,800.35 |
| ACCT #:<br>Harris County, et al<br>c/o Linebarger Goggan, et al<br>1301 Travis, Suite 300<br>Houston, TX 77002 | | DATE INCURRED: 2006<br>CONSIDERATION:<br>Taxes<br>REMARKS:<br>Related to old address (1970 Starpoint Dr.) | | X | | $7,366.02 |
| ACCT #:<br>Hoga Technology<br>Address Unknown | | DATE INCURRED: 2000-2004<br>CONSIDERATION:<br>Services Rendered<br>REMARKS: | | X | | $90,582.00 |
| ACCT #:<br>James Hammond<br>Director IPRC<br>1943 Running Springs Dr.<br>Kingwood, TX 77339 | | DATE INCURRED: 2010<br>CONSIDERATION:<br>Reimbursement of Expenses<br>REMARKS:<br>Related to old address (1970 Starpoint Dr.) | | | | $48,000.00 |

Sheet no. __1__ of __2__ continuation sheets attached to     Subtotal >     $193,020.37
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Imperial Petroleum Recovery Corporation**        Case No. **13-30466**
                                                                                                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Locke Lord<br>2800 JP Morgan Chase Tower<br>600 Travis<br>Houston, TX 77002 | | DATE INCURRED: 2012<br>CONSIDERATION:<br>Legal Services<br>REMARKS: | | | | $12,029.10 |
| ACCT #:<br>Thomas Balke, President<br>Basic Engineering<br>7410 Miller Rd., #2<br>Houston, TX 77049 | | DATE INCURRED: 11/6/2011<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $50,000.00 |
| ACCT #:<br>Vision Engenharia E Consultoria Ltda.<br>Rua Antonio de Albuquerque, 156-12 Andar<br>Belo Horizonte-Minas Gerais - Brazil<br>CEP: 30.112-010 | | DATE INCURRED: 8/14/2012<br>CONSIDERATION:<br>Services Rendered<br>REMARKS: | | | | $10,287.41 |
| ACCT #:<br>Ward Insurance<br>1900 W. Loop South, #1600<br>Houston, TX 77027 | | DATE INCURRED: pre-2007<br>CONSIDERATION:<br>Services Rendered<br>REMARKS: | | | X | $3,663.00 |
| ACCT #:<br>Wunderlich-Malec Engineering<br>2855 Trinity Square Drive, Suite 100<br>Carrollton, Texas 75006 | | DATE INCURRED: 2013<br>CONSIDERATION:<br>Services Rendered<br>REMARKS: | | | | $735.00 |
| Representing:<br>Wunderlich-Malec Engineering | | Wunderlich-Malec<br>Corporate Office<br>5501 Feltl Road<br>Minnetonka, MN 55343 | | | | Notice Only |

Sheet no. __2__ of __2__ continuation sheets attached to        Subtotal >    $76,714.51
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                                  Total >    $1,629,897.51
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6H (Official Form 6H) (12/07)

In re **Imperial Petroleum Recovery Corporation**  Case No. **13-30466**
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  Imperial Petroleum Recovery Corporation          Case No.   13-30466

                                                         Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $481,720.21 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $2,125,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $1,234,139.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $1,629,897.51 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 15 | $481,720.21 | $4,989,037.11 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Imperial Petroleum Recovery Corporation**                                         Case No. __13-30466__
                                                                                            (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __**Chairman and CEO**__ of the __**Corporation**__ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date __4/3/2013__                                    Signature __[signed]__
                                                     **Alan Springer**
                                                     **Chairman and CEO**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.